S05A1870. NORTHSIDE HOSPITAL-CHEROKEE, INC.
v. MAYES et al.
(627 SE2d 2)

SEARS, Chief Justice.

As the issue in this case is controlled by our recent decision in *EHCA Cartersville v. Turner*,[1] the decision below is hereby affirmed.

*Judgment affirmed. Hunstein, P. J., Benham, Carley, Thompson, Hines, JJ., and Judge Daniel M. Coursey, Jr., concur. Melton, J., not participating.*

DECIDED FEBRUARY 27, 2006.

*Sommers, Scrudder & Bass, Susan V. Sommers, Jane C. Taylor, Michelle R. Kraynak*, for appellant.
*Jeffrey H. Dover, Hall, Booth, Smith & Slover, Timothy H. Bendin, John D. Rogers, Jr., Paul E. Weathington*, for appellees.

[1] 280 Ga. 333 (626 SE2d 482) (2006).